[No. 30237-3-II.   Division Two.   May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT EARL VAN BUREN, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated July 13, 2003. Substitute opinion filed. See 123 Wn. App. 634.

[No. 30274-8-II.   Division Two.   May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. P.M., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-8-00044-1, John Farra, J. Pro Tem., entered April 24, 2003. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 30326-4-II.   Division Two.   May 25, 2004.]

McDONALD EXCAVATING, INC., *Appellant*, v. RIVERVIEW COMMUNITY BANK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-05026-9, John P. Wulle, J., entered May 2, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 30361-2-II.   Division Two.   May 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY L. GORM, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00462-0, Toni A. Sheldon, J., entered August 22, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Hunt, JJ.